UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FREDERICK JOSEPH JENNIS,

                         Plaintiff,

v.

DUANE ROOD; Jacquelin Phinney;
Richard Perrin; M. Werbeck;
Terrance J. McGinn; Michael Heenan;
Pauline M. Eggers; Thomas L. Derby;
Detective E. Carr;

                         Defendants.

**STIPULATION OF DISCONTINUANCE**
5:03-cv-00772-LEK-GHL

      The undersigned *pro se* Plaintiff and attorney for Defendants Duane Rood; Jacquelin Phinney; Richard Perrin; M. Werbeck; Terrance J. McGinn; Michael Heenan; Pauline M. Eggers; Thomas L. Derby; Detective E. Carr in the above action hereby stipulate that, no party hereto being an infant or incompetent person for whom a committee has been appointed and no person not a party having an interest in the subject matter of the action, the above action is hereby discontinued with prejudice, without costs to either parties as against the other. This stipulation must be electronically filed with the Clerk of the District Court using the CM/ECF system.

Dated: AUGUST 25, 2009

_____
Frederick Joseph Jennis
*Pro se* Plaintiff

Rory A. McMahon, ESQ.
City of Syracuse, Corporation Counsel

By: _____s/_____
Joseph R. H. Doyle, Esq. Of Counsel
Assistant Corporation Counsel
Federal Bar Roll No.: 512766
Attorney for Defendants
233 E. Washington Street
Suite 300
Syracuse, New York 13202-1424
Telephone: 315.448.8400
Facsimile: 315.448.8381
Email: JDoyle@ci.syracuse.ny.us

SO ORDERED

_____
George H. Lowe
U.S. Magistrate Judge
Dated: 9/1/09
Syracuse, New York